MICHAEL BAILEY
United States Attorney
District of Arizona
NICOLE P. SAVEL
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Nicole.savel@usdoj.gov
Attorneys for Plaintiff

FILED
2019 OCT -2 PM 3:57
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-02551 TUC-JGZ(MSD)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

John Ngecu MAINA,

    Defendant.

INDICTMENT

Violations:

49 U.S.C. § 46504
(Interference With Flight Crew Members and Flight Attendants)

Counts 1, 2 and 3

VICTIM CASE

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about the June 2, 2019, in the District of Arizona and elsewhere, the defendant, JOHN NGECU MAINA, while on an aircraft in the special aircraft jurisdiction of the United States, namely aboard American Airlines aircraft number 3LG, flight 2228 from Chicago, Illinois, landing in Tucson, Arizona, did knowingly interfere with and lessen the ability of flight attendants and flight crew members to perform their duties, by intimidating and assaulting flight attendant K.A. while the aircraft was in flight, specifically by yelling and cursing at K.A., refusing to follow instructions, restricting K.A.'s freedom of movement, and threatening to inflict injury upon K.A.

All in violation of Title 49, United States Code, Section 46504.

## COUNT 2

On or about the June 2, 2019, in the District of Arizona and elsewhere, the defendant, JOHN NGECU MAINA, while on an aircraft in the special aircraft jurisdiction of the United States, namely aboard American Airlines aircraft number 3LG, flight 2228 from Chicago, Illinois, landing in Tucson, Arizona, did knowingly interfere with and lessen the ability of flight attendants and flight crew members to perform their duties, by intimidating and assaulting flight attendant G.R. while the aircraft was in flight, specifically by yelling and cursing at G.R., restricting G.R.'s freedom of movement, and threatening to inflict injury upon G.R.

All in violation of Title 49, United States Code, Section 46504

## COUNT 3

On or about the June 2, 2019, in the District of Arizona and elsewhere, the defendant, JOHN NGECU MAINA, while on an aircraft in the special aircraft jurisdiction of the United States, namely aboard American Airlines aircraft number 3LG, flight 2228 from Chicago, Illinois, landing in Tucson, Arizona, did knowingly interfere with and lessen the ability of flight attendants and flight crew members to perform their duties, by intimidating and assaulting flight attendant R.I. while the aircraft was in flight, specifically by yelling and cursing at R.I., refusing to follow instructions, restricting R.I.'s freedom of movement, and threatening to inflict injury upon R.I.

All in violation of Title 49, United States Code, Section 46504.

A TRUE BILL

/ S /

_____
Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona
/ S /

Assistant U.S. Attorney
Dated: October 2, 2019

**REDACTED FOR PUBLIC DISCLOSURE**